AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.        **1:24-CV-1785**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Mario Adalberto Reyes Mena**
was recieved by me on  **10/11/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **John Doe**, a person of suitable age and discretion who resides at **14818 Edman Cir, Centreville, VA 20121**, on **10/11/2024 at 6:05 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  10/15/2024

_____
*Server's signature*

**Laquenta Smith**
*Printed name and title*

**43849 Centergate Dr**
**Ashburn, VA 20148**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; NOTICE TO ATTORNEY; CIVIL COVER SHEET,  to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 45-55 years of age, 5'4"-5'6" tall and weighing 200-240 lbs with a goatee and a mustache.  Older (age 75-85) adult female answered door I asked for Mario Reyes she stated he lived there but needed to get her son. She then asked if I was law enforcement and my response was no. Son came to the door. I gave my name and stated I was a process server. Stated he's a resident but refused to give name.**


Tracking #: **0145910106**